**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CR-09-156-D |
| | ) | |
| RICHARD LOYD BISHOP, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

Before the Court is Defendant Richard Loyd Bishop's Motion for Early Termination of Supervised Release. [Doc. No. 225]. Defendant was sentenced to an 180-month term of imprisonment, followed by a five-year term of supervised release. Defendant's term of supervised release is set to expire on January 12, 2028. [Doc. No. 231, at p. 1]. Defendant was released from custody on January 13, 2023. Defendant argues that an early termination of his supervised release is warranted because he has completed over half of his term of supervised release, has shown a consistent commitment to rehabilitation, and has not been cited for any violation of the terms of his supervised release. [Doc. No. 225].

In response, the government provides that Defendant has been largely compliant with his terms of release, with only a minor noncompliance in which he failed to report a successful employment change in September 2024. [Doc. No. 231]. The government states that Defendant's probation officer reported Defendant has been very successful in complying with the terms of his supervised release. *Id.* Moreover, the probation officer reported that "they have no concerns about early termination" of Defendant's term of

supervised release. *Id.* Likewise, the government has no objection to early termination of Defendant's supervised release. *Id.*

Based on the facts stated in the motion and the government's response, and after consideration of the appropriate factors set forth in 18 U.S.C. § 3553(a), the Court is satisfied that the termination of Defendant's term of supervised release is warranted by the conduct of Defendant and the interest of justice. *See* 18 U.S.C. § 3583(e)(1). The Court further finds that no hearing is necessary in this matter. *See* Fed. R. Crim. P. 32.1(c).

**IT IS THEREFORE ORDERED** that Defendant's motion for early termination of supervised release [Doc. No. 225] is **GRANTED**. The remaining term of Defendant's supervised release is hereby terminated, and Defendant is discharged from all terms and conditions of supervision.

**IT IS SO ORDERED** this 22nd day of October, 2026.

TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE